**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID WILLIAMS
ADC #78730                                                                                                              PLAINTIFF

V.                                        NO: 5:05CV00289 JMM/HDY

MICHAEL GONDER                                                                                            DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case including listening to the tape of the pre-jury hearing, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiffs' complaint is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

DATED this   10   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE

1