**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID WILLIAMS
ADC #78730                                                                                           **PLAINTIFF**

V.                                           NO: 5:05CV00289 JMM

MICHAEL GONDER *et al.*                                                            **DEFENDANTS**

**ORDER**

On June 13, 2007, the Eighth Circuit Court of Appeals entered a judgment affirming this Court's dismissal of Plaintiff's complaint, and assessed the full $455.00 appellate filing and docketing fees against Plaintiff (docket entry #77). The Court of Appeals has remanded the assessment and collection of the fees to this Court.

Plaintiff has not filed with this Court an application for leave to proceed *in forma pauperis* on appeal that contains an updated trust account summary. Therefore, pursuant to *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997), this Court shall assess an initial partial filing fee of $35.00. Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's trust account each time the amount in the account exceeds $10.00. The Arkansas Department of Correction ("ADC") is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing, and docketing fee of $455.00 is paid in full. 28 U.S.C. § 1915(b)(2).

IT IS THEREFORE ORDERED THAT:

1. The Director of the ADC, or his designee, shall collect from Plaintiff's prison trust

account an initial partial appellate filing fee in the amount of $35.00, and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

    2. Thereafter, the Director of the ADC, or his designee, or any future custodian, shall collect from Plaintiff's prison trust account the $420.00 balance of the appellate filing and docketing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

    3. The Clerk of the Court is directed to send a copy of this order to the ADC Compliance Office, P.O. Box 20550, Pine Bluff, AR 71612; to the ADC Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, AR 71611; and to the Warden of the East Arkansas Regional Unit, P.O. Box 180, Brickeys, AR 72320.

    DATED this __16__ day of July, 2007.

                                                   _____
                                                 UNITED STATES DISTRICT JUDGE